# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-2280-S |
| | § § | |
| ESHCOL HEALTH CARE SERVICES, INC. | § § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 12. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court **GRANTS** Plaintiff United States of America's Motion for Default Judgment [ECF No. 10]. By separate judgment, Plaintiff will be awarded the relief it seeks in its motion.

**SO ORDERED.**

SIGNED September 13, 2022.

_____
**UNITED STATES DISTRICT JUDGE**